Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>THOMAS MORAT,<br>    Defendant. | Docket 6:12-MJ-0043-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND; ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant, Thomas Morat, by and through his attorney of record, Eugene Action, that the status conference in the above-captioned matter currently set for January 30, 2013, at 9:00 a.m. be continued to January 30, 2013, at 1:30 p.m.

Dated: January 24, 2013        /S/ Susan St. Vincent
                               Susan St. Vincent
                               Acting Legal Officer
                               Yosemite National Park


Dated: January 24, 2013        /S/ Eugene Action
                               Eugene Action
                               Attorney for Defendant
                               Thomas Morat

1

1 * * * ORDER * * *

2 The Court, having reviewed the above stipulation and finding good cause for the relief
3 requested therein, HEREBY ORDERS AS FOLLOWS:
4 The status conference now set for January 30, 2013 at 9:00 a.m., is
5 continued to January 30, 2013 at 1:30 p.m..
6
7 IT IS SO ORDERED.
8 Dated:   January 24, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE